UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA CALEB HEISLER,

     Plaintiff,

v.                            Case No.:  2:21-cv-107-SPC-NPM

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **ORDER**[1]

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment with Remand.  (Doc. 23).  The Commissioner believes that remand is appropriate to accomplish the following:

> The Appeals Council will remand the case for a new hearing before a different administrative law judge (ALJ) and will instruct the ALJ to: (1) further consider Plaintiff's maximum residual functional capacity; (2) if warranted, obtain additional vocational expert evidence; (3) take any further action needed to complete the administrative record; and (4) issue a new hearing decision.

(Doc. 23 at 1).  Plaintiff does not oppose the Motion.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing.  *See also Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991); 42 U.S.C. § 1383(c)(3) (prescribing the procedure set out in § 405(g)).  Given the parties' representations and agreement on the matter, the Court grants the Motion, reverses, and remands for further proceedings.  *See Morgan v. Astrue*, No. 2:11-cv-615-FtM-29SPC, 2012 WL 695840, at *1 (M.D. Fla. Mar. 1, 2012).

Accordingly, it is now

**ORDERED:**

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 23) is **GRANTED**.

2. The decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) for further proceedings.

3. If Plaintiff prevails on remand, Plaintiff must comply with the Court's November 14, 2012, standing Order in Miscellaneous Case No. 6:12-mc-124-Orl-22.

4. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on December 1, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record